# MEMORANDUM DECISIONS

BAYLES SHIPYARD, Inc., v. PERSONS. (Circuit Court of Appeals, Second Circuit. November 7, 1921.) No. 18. In Error to the District Court of the United States for the Southern District of New York. Proceeding between the Bayles Shipyard, Inc., and James O. Persons. Judgment for the latter, and the former brings error. Affirmed. Phelan Beale, of New York City (Dudley Davis, of New York City, of counsel), for plaintiff in error. Joseph P. Nolan, of New York City (Frederick V. Watson and Edward J. Garity, both of New York City, of counsel), for defendant in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment and order appealed from affirmed.

GONZALES v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. December 6, 1921.) No. 3675. In Error to the District Court of the United States for the Western District of Texas; Duval West, Judge. Thomas C. Gonzales was convicted of conspiracy to receive and conceal imported intoxicating liquors and of receiving and concealing such liquor, and he brings error. Affirmed. David E. Hume, of Eagle Pass, Tex., for plaintiff in error. Hugh R. Robertson, U. S. Atty., of San Antonio, Tex. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed.